MONTREAL TRUST COMPANY, Appellant, v. JAMES IMBRIE and Others, Copartners, etc., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

NICHOLAS D. PAPAZAGLOU, Respondent, v. EDWIN L. MEYERS and Others, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and Finch, JJ.

AGENCY OF CANADIAN CAR & FOUNDRY COMPANY, LTD., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BERTHA PETER, an Infant, by EMIL PETER, Her Guardian ad Litem, Appellant, v. FIFTH AVENUE COACH COMPANY, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, on the ground that questions of fact were presented, and there was no authority under such circumstances for the court to direct a verdict after disagreement of the jury. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB HORODNER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD RAHMING, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WM. H. DAVIDOW SONS CO., INC., Respondent, v. FIRTH & FOSTER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BERNHEIMER & SCHWARTZ PILSENER BREWING COMPANY, Appellant, v. OTTO C. KUECHMANN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and Finch, JJ.

THE D. H. SHIRT CO., INC., Respondent, v. PHILIP ROSENWASSER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of ROBERT J. HORNER, Deceased.— Preference granted for June 12, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALICE RYAN, as Administratrix, etc., v. NEW YORK CENTRAL RAILROAD COMPANY.— Preference granted for June 6, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARIE ALLGOEVER v. PAUL HOENACK.— Preference granted for June 13, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MATHEW NAVARRO.— Preference granted for June 7, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of JAMES FRANCIS SMITH, Deceased.— Preference granted for June 12, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JENNY M. HARRISON v. EVERETT TOWNSEND, as Executor, etc.— Preference granted for June 12, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES T. DAVIS v. EDWIN WEISL.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT CATERSON v. JOSEPHINE A. HERRMANN.— Motion denied, with ten